UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation<br><br>Plaintiff,<br><br>v.<br><br>EMD AUTO, a California corporation, EMMANUELE DESIGN, LLC, a California corporation, THOMAS EMANUELE, an individual, PARTS SCORE, a Arizona corporation, JASON AMIOT, an individual,<br><br>Defendants. | Case No. 8:19-cv-01511-JLS-KES<br><br>**STIPULATED PRELIMINARY INJUNCTION AS TO EMD DEFENDANTS ONLY**<br><br>Judge: Josephine L. Staton<br>Date: October 18, 2019<br>Time: 10:30 a.m.<br>Dept.: 10A |

The Court has reviewed the Stipulated Preliminary Injunction Without Prejudice regarding the EMD Defendants. Accordingly, the Court HEREBY ORDERS: Pursuant to Rule 65 of the *Federal Rules of Civil Procedure*, defendants EMD Auto, Emmanuele Design, LLC, and Thomas Emanuele (collectively the "EMD Defendants") and all their officers, directors, agents, servants, employees, attorneys, and all other persons in active concert or participation with the EMD Defendants who receive actual notice of this Order, are preliminarily enjoined and restrained from:

    (1)    advertising, selling and/or using in any way any goods bearing counterfeits of the Audi and VW Marks;

(2) doing anything with the goods bearing counterfeits of the Audi and VW Marks other than sequestering such goods pending the outcome of this matter;

(3) otherwise using the Audi and VW Marks to mislead consumers into believing that the EMD Defendant's business, products, and services are associated or affiliated with, sponsored, or authorized by Audi and VW.

The Plaintiff's Motion for Preliminary Injunction is deemed withdrawn as to the EMD Defendants only. The Motion remains on calendar as to the remaining Defendants.

**IT IS SO ORDERED.**

DATED: October 03, 2019

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE