> **NOTE: CHANGES MADE BY THE COURT**
>
> The Court hereby issues the parties' Stipulated Permanent Injunction, as set forth below. The parties are advised that entry of Judgment as to fewer than all Defendants requires a motion to enter judgment pursuant to Federal Rule of Civil Procedure 54(b). In addition, the Court will not maintain jurisdiction over enforcement of a settlement agreement where the agreement has not been provided to the Court.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMD AUTO, a California corporation, EMMANUELE DESIGN, LLC, a California corporation, THOMAS EMANUELE, an individual, PARTS SCORE, a Arizona corporation, JASON AMIOT, an individual,<br><br>Defendants. | Case No. 8:19-cv-01511-JLS-KES<br><br>**ORDER RE STIPULATED PERMANENT INJUNCTION RE PARTS SCORE DEFENDANTS** |

The Court has reviewed the parties' Stipulation Permanent Injunction regarding the Parts Score Defendants, the Court HEREBY ORDERS:

### **PERMANENT INJUNCTION**

1. The Parts Score Defendants and their owners, shareholders, officers, directors, employees, agents, successors, and all persons acting in concert or in participation with any of them are hereby permanently enjoined from:

    (a) imitating, copying, or making any unauthorized use of any of the Audi and VW Marks, counterfeits thereof, or any

confusingly similar variations thereof on any products, including automotive grilles and automotive badging, other goods, signage, advertisements, business premises, uniforms, services, videos, promotional literature, promotional telecasts, broadcasts, packaging, or within any Internet domain names, or on any websites;

  (b) importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any product or good, including but not limited to, importing, manufacturing, advertising or selling non-genuine parts and accessories for Audi and VW vehicles, such as, for example, grilles or other aftermarket goods incorporating the Audi and VW Marks;

  (c) using any simulation, reproduction, counterfeit, copy or confusingly similar variation of the Audi and VW Marks or trade dress in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any service or product including but not limited to advertising non-genuine goods or services using the Audi and VW Marks in a confusing manner;

  (d) using any false designation of origin or false description, including without limitation, any letters or symbols constituting the Audi and VW Marks or trade dress, or performing any act, which can, or is likely to lead members of the trade or public to believe that the Parts Score Defendants and/or any service or product manufactured, distributed or sold by the Parts Score Defendants is in any manner associated or connected with Audi and VW, or is sold, manufactured, licensed, sponsored,

approved or authorized by Audi and/or VW by using advertising language that is likely to confuse consumers regarding the source of those aftermarket goods; and

   (e) instructing, assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (d) above.

 2. The Parts Score Defendants are further ordered to deliver to Audi and VW and their counsel for destruction all products, labels, tags, signs, prints, packages, videos, and advertisements, if any, in their possession or under their control, bearing or using any or all of the Audi and VW Marks or any confusingly similar variation thereof, and all plates, molds, matrices and other means of making the same, pursuant to 15 U.S.C. § 1118.

 3. The Parts Score Defendants are further ordered to permit Audi and VW, counsel for Audi and VW, and/or auditors for Audi and VW to inspect Defendants' premises for a period of twelve months after entry of this judgment to assess Defendants' compliance with this Permanent Injunction.

## **DISMISSAL OF CLAIMS AND RETENTION OF JURISDICTION**

 IT IS FURTHER ORDERED THAT based upon the parties' Stipulation and Settlement Agreement, all claims asserted by Plaintiff against the Parts Score Defendants, but not against any other defendant in this action, are hereby DISMISSED with prejudice.

 **IT IS SO ORDERED.**
 **DATED:** October 30, 2019

             _____
             Hon. Josephine L. Staton
             UNITED STATES DISTRICT JUDGE