UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation<br><br>Plaintiff,<br><br>v.<br><br>EMD AUTO, a California corporation; EMMANUELE DESIGN, LLC, a California corporation; THOMAS EMANUELE, an individual; PARTS SCORE, a Arizona corporation; JASON AMIOT, an individual,<br><br>Defendants. | Case No. 8:19-cv-01511-JLS-KES<br><br>**ORDER RE STIPULATION FOR PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE** |

The Court has reviewed the Stipulation for Final Judgment and Permanent Injunction regarding the EMD Defendants and ORDERS as follows:

### **PERMANENT INJUNCTION**

The EMD Defendants and their owners, shareholders, officers, directors, employees, agents, successors, and all persons acting in concert or in participation with any of them are hereby permanently enjoined from:

    (a) imitating, copying, or making any unauthorized use of any of the Audi and VW Marks, counterfeits thereof, or any confusingly similar variations thereof

1

on any products, including automotive grilles and automotive badging, other goods, signage, advertisements, business premises, uniforms, services, videos, promotional literature, promotional telecasts, broadcasts, packaging, or within any Internet domain names, or on any websites;

    (b) importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any product or good, including but not limited to, importing, manufacturing, advertising or selling non-genuine parts and accessories for Audi and VW vehicles, such as, for example, grilles or other aftermarket goods incorporating the Audi and VW Marks;

    (c) using any simulation, reproduction, counterfeit, copy or confusingly similar variation of the Audi and VW Marks or trade dress in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any service or product including but not limited to advertising non-genuine goods or services using the Audi and VW Marks in a confusing manner;

    (d) using any false designation of origin or false description, including without limitation, any letters or symbols constituting the Audi and VW Marks or trade dress, or performing any act, which can, or is likely to lead members of the trade or public to believe that the EMD Defendants and/or any service or product manufactured, distributed or sold by Defendants is in any manner associated or connected with Audi and VW, or is sold, manufactured, licensed, sponsored, approved or authorized by Audi and/or VW by using advertising language that is likely to confuse consumers regarding the source of those aftermarket goods; and

    (e) instructing, assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (d) above.

The EMD Defendants are further ordered to deliver to Audi and VW and their counsel for destruction all products, labels, tags, signs, prints, packages, videos, and

advertisements in their possession or under their control, bearing or using any or all of the Audi and VW Marks or any confusingly similar variation thereof, and all plates, molds, matrices and other means of making the same, pursuant to 15 U.S.C. § 1118.

The EMD Defendants are further ordered to serve upon Audi's and VW's counsel within thirty (30) days after entry of this judgment, a report in writing under oath, setting forth in detail the manner and form in which the EMD Defendants have complied with the above.

The EMD Defendants are further ordered to permit Audi and VW, counsel for Audi and VW, and/or auditors for Audi and VW to inspect the EMD Defendants' premises for a period of twelve months after entry of this judgment to assess Defendants' compliance with this Permanent Injunction.

## PARTIES' SETTLEMENT AGREEMENT

Plaintiff and the EMD Defendants have entered into a Settlement Agreement for the resolution of the claims asserted in this matter.

## DISMISSAL OF CLAIMS

Based upon the parties' Stipulation and Settlement, all claims asserted by Plaintiff against the EMD Defendants in this action are hereby DISMISSED with prejudice. However, the Court retains and shall have continuing jurisdiction to enforce the terms of this Permanent Injunction, but the clerk will close the case for administrative purposes.

SO ORDERED.

**IT IS SO ORDERED.**

DATED: November 27, 2019

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE